Hope N. Gardner, Appellant, v. R. J. Le Boeuf, Jr., et al., Constituting the Board of Trustees of the Incorporated Village of Old Westbury, Respondents.—

No opinion. Ughetta, Acting P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur. [24 Misc 2d 511.]

Kendell W. Garrett, Respondent, v. Herman Bauerlein, Appellant.

No opinion. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hopkins, JJ., concur.